IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMHOTEP JORDAN, JR., | No. C 11-3557 SBA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| RICHARD W. WIEKING, | |
| Defendant. | |

This action was opened in error when the Court received a document from Plaintiff that was intended to be filed in a previously-filed action -- Case No. C 11-2668 SBA (PR). Plaintiff had only filed a document entitled, "Request for Entry of Default Judgment," which was signed on May 16, 2011, in Case No. C 11-2668 SBA (PR); therefore, he was informed by the Clerk of the Court that his action could not go forward until he filed with the Court a civil rights complaint form and a prisoner's in forma pauperis application. Plaintiff filed a document entitled, "Notice and Demand; For Exhibition, Presentment [of] Evidence Without Dishonor Pursuant to 18 U.S.C.S. [sic] § 645 & 654, and 18 U.S.C.S. [sic] § 4 & 2382;" however, he did not indicate that it was to be filed in Case No. C 11-2668 SBA (PR). Therefore, as mentioned above, it was opened as a new action.

Plaintiff currently has two separate civil rights actions pending, although he meant to file only one action. Accordingly, the Clerk is directed to remove Plaintiff's "Notice and Demand; For Exhibition, Presentment [of] Evidence Without Dishonor Pursuant to 18 U.S.C.S. [sic] § 645 & 654, and 18 U.S.C.S. [sic] § 4 & 2382" from this action, to file it in his previously-filed action, Case No. C 11-2668 SBA (PR), and to docket it as Plaintiff's "Notice and Demand; For Exhibition, Presentment [of] Evidence Without Dishonor Pursuant to 18 U.S.C.S. [sic] § 645 & 654, and 18 U.S.C.S. [sic] § 4 & 2382." The Clerk is further directed to mark it as filed on July 20, 2011, the

date it was received by the Court. The Court will review the aforementioned document in a separate written Order in Case No. C 11-2668 SBA (PR).[1]

The present action is DISMISSED because it was opened in error. No filing fee is due. The Clerk shall close the file.

IT IS SO ORDERED.

DATED:     8/5/11

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

---

[1] The Court notes that the aforementioned document filed in the instant case lists Richard W. Wieking, the Clerk of the Court, as a defendant. Though not entirely clear, Plaintiff appears to express disagreement with Mr. Wieking's handing of his "Request for Entry of Default Judgment," which was filed in Case No. C 11-2668 SBA (PR). (Pl.'s July 20, 2011 Notice at 1-2, 9.) As mentioned above, the Court will review and address this document more fully in a separate written Order in Case No. C 11-2668 SBA (PR). However, if Plaintiff intends to bring an action against Mr. Wieking pursuant to 42 U.S.C. §1983, the Court reminds him that court clerks have absolute quasi-judicial immunity from damages for civil rights violations and from actions for declaratory, injunctive and other equitable relief when they perform tasks that are an integral part of the judicial process. See Moore v. Brewster, 96 F.3d 1240, 1244 (9th Cir. 1996). As long as the challenged activities are an integral part of the judicial process and not in clear absence of all jurisdiction a clerk enjoys absolute quasi-judicial immunity. See Mullis v. U.S. Bankruptcy Court, 828 F.2d 1385, 1390 (9th Cir. 1987) (clerks who erred in failing to carry out their duties acted within general subject matter jurisdiction of their positions and consequently qualified for quasi-judicial immunity), cert. denied, 486 U.S. 1040 (1988). Allegations against the clerk based on the accepting and filing of papers, an integral part of the judicial process, are accordingly frivolous. See, e.g., Gaskell v. Weir, 10 F.3d 626 (9th Cir. 1993) (in performing ministerial act of accepting and filing documents, court of clerk does not provide significant assistance to any alleged conspiracy and complaint is patently frivolous). At this point, any claim relating to Plaintiff's disagreement with Mr. Wieking's handing of his "Request for Entry of Default Judgment" would be frivolous because Mr. Wieking's and his staff's actions of filing Plaintiff's "Request for Entry of Default Judgment" in Case No. C 11-2668 SBA (PR) were taken in the course of their official duties.

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IMHOTEP JORDAN,

        Plaintiff,

  v.

RICHARD W WIEKING et al,

        Defendant.

Case Number: CV11-03557 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 5, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Imhotep Jordan C-71742
Calipatria State Prison
P.O. Box 5002
Calipatria, CA 92233

Dated: August 5, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk